STATE OF NEW JERSEY v. LLOYD HENRY JOHNSON.

February 22, 1983.

Petition for certification denied. (See 188 *N.J.Super.* 416)

STATE OF NEW JERSEY v. DIONISIO RIVERA.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN TRINIDAD.

February 22, 1983.

Petition for certification denied.

PASSAIC VALLEY SEWERAGE COMMISSIONERS v.
VALLEY ASSOCIATES.

February 22, 1983.

Petition for certification denied.